STEPHANIE YONEKURA
Acting United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
ZORAN J. SEGINA
Assistant United States Attorney
California Bar Number 129676
    Federal Building, Suite 7516AA
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-6606
    Facsimile: (213) 894-5900
    E-mail: zoran.segina@usdoj.gov

Attorneys for Plaintiff
United States of America

**NOTE CHANGES MADE BY THE COURT**

E-FILED 8/28/14

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

KAMIZAK, INC.; MAUREEN A. KACZMARSKI, an individual; JOHN M. KACZMARSKI, an individual,

    Defendants.

Case No. ED CV 14-1315-PSG(ASx)

**STIPULATION FOR ENTRY OF CONSENT JUDGMENT**; ORDER

///
///
///
///

## PARTIES

The parties to the within Stipulation for Entry of Consent Judgment are the United States of America on behalf of its agency, the Small Business Administration, Maureen A. Kaczmarski, an individual; and John M. Kaczmarski, an individual (collectively "Kaczmarski Defendants").

## STIPULATION

The parties hereby stipulate as follows:

1. This Court has jurisdiction over the subject matter of this litigation and over the parties hereto (28 U.S.C. §1345). The Complaint filed herein on June 27, 2014, states a claim upon which relief may be granted.

2. The Kaczmarski Defendants hereby acknowledge and accept service of the Summons and Complaint filed herein. The Kaczmarski Defendants acknowledge and agree that the facts and allegations made in the Complaint are true and correct.

3. The Kaczmarski Defendants hereby agree to the entry of a money judgment against them in the principal sum of $215,134.39, and fees of $73,190.05 for a total amount of $288,324.44.

4. The United States will record judgment liens with the applicable County Recorder for the County wherein the Kaczmarski Defendants reside or own real property. As long as the Kaczmarski Defendants make payments as set forth herein, the United States will otherwise take no action to enforce this Consent Judgment.

5. The Kaczmarski Defendants will pay the Judgment in monthly installments of One Thousand Eight Hundred Dollars

1  ($1,800.00) on the fifteenth day of each month commencing on or
2  before September 15, 2014, until the Judgment is paid in full.
3  Said installments shall be made by check payable to:

        The United States Department of Justice
        Nationwide Central Intake Facility
        P.O. Box 790363
        St. Louis, MO 63179-0363

    6. The Kaczmarski Defendants shall keep counsel for the United States informed in writing of any material change in their financial situation or ability to pay, and of any change in their employment, place of residence, or telephone number.

    7. The monthly $1,800.00 payment rate will be reevaluated in twelve (12) months and may be modified, as necessary, to take into account any changed economic circumstances of the Kaczmarski Defendants. For purpose of evaluation and possible modification, the Kaczmarski Defendants will provide the United States with a Financial Statement (Form OBD 500), and a copy of their Federal Income Tax returns including all attachments, two (2) months prior to the first anniversary of the judgment, and at the same time each year thereafter, until the Consent Judgment is satisfied.

    8. Should the Kaczmarski Defendants become delinquent, after notice to cure and a reasonable opportunity to cure, in making any payment due hereunder, the United States shall have the right to enforce the Consent Judgment for the remaining balance then due, after giving credit for any payments made.

    9. If the Kaczmarski Defendants pay to the United States the sum of Two Hundred and Eighty-Eight Thousand Three Hundred

1  Twenty-Four Dollars and Forty-Four cents, ($288,324.44), the
2  United States shall deem the Judgment satisfied, and shall
3  prepare and file with the Clerk of the Court a Satisfaction of
4  Consent Judgment, and provide the Kaczmarski Defendants
5  with Releases of Lien Under Abstract of Judgment for the
6  Kaczmarski Defendants to record with the applicable County
7  Recorders.

   10. The United States served defendant Kamizak, Inc., a California Corporation ("Kamizak") with the Summons and Complaint by serving the documents on John Kaczmarski, registered agent for service of process, who executed a waiver of service of summons.  Kamizak has been in a suspended status by the California Secretary of State since May 2, 2011, and, while suspended, lacks the capacity to defend itself in this litigation. Should Kamizak fail to respond to the Summons and Complaint, the United States will seek an entry of a default judgment against Kamizak. The entry of a default judgment notwithstanding, as long as the Kaczmarski Defendants make payments as set forth herein, the United States will record judgment liens with the applicable County Recorder, but will

///
///
///
///
///
///
///
///

otherwise take no action to enforce a Default Judgment against Kamizak.

Respectfully Submitted,

DATED: August 26, 2014.   STEPHANIE YONEKURA
                          Acting United States Attorney
                          LEON W. WEIDMAN
                          Assistant United States Attorney
                          Chief, Civil Division

                          _____
                          ZORAN J. SEGINA
                          Assistant United States Attorney
                          Attorneys for Plaintiff

DATED: August 18, 2014.   Maureen A. Kaczmarski

                          _____
                          Maureen A. Kaczmarski
                          Defendant Pro Se

DATED: August 18, 2014.   John M. Kaczmarski

                          _____
                          John M. Kaczmarski
                          Defendant Pro Se

**IT IS SO ORDERED.**

**DATED:** 8/28/14

_____
**U.S. DISTRICT JUDGE**

4

## PROOF OF SERVICE BY MAILING

I am over the age of 18 and not a party to the within action. I am employed by the Office of United States Attorney, Central District of California. My business address is 300 North Los Angeles Street, Suite 7516AA, Los Angeles, California 90012.

On August 27, 2014, I served **Stipulation for Entry of Consent Judgment** on each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices. I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

Date of mailing: August 27, 2014. Place of mailing: <u>LOS ANGELES, CALIFORNIA</u>. **Person(s) and/or Entity(ies) to Whom mailed:**

John M. Kaczmarski
24086 Canyon Lake Drive N.
Canyon Lake, CA 92587

Maureen A. Kaczmarski
24086 Canyon Lake Drive N.
Canyon Lake, CA 92587

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: August 27, 2014 at Los Angeles, California.

Jackie Winkler, Paralegal
Financial Litigation Unit