```
STEPHANIE YONEKURA
Acting United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
ZORAN J. SEGINA
Assistant United States Attorney
California Bar Number 129676
     Federal Building, Suite 7516AA
     300 North Los Angeles Street
     Los Angeles, California 90012
     Telephone: (213) 894-6606
     Facsimile: (213) 894-5900
     E-mail: Zoran.segina@usdoj.gov
Attorneys for Plaintiff
United States of America
```

**E-FILED 8/29/14**

**CLOSED**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CV 14-1315-PSG(ASx) ED |
| Plaintiff, | [~~PROPOSED~~] CONSENT JUDGMENT |
| v. | |
| KAMIZAK, INC.; MAUREEN A. KACZMARSKI, an individual; JOHN M. KACZMARSKI, and individual, | |
| Defendants. | |

///
///
///
///
///

THE COURT, having reviewed the Stipulation for Entry of Consent Judgment between the United States of America on behalf of its agency, the Small Business Administration, and Maureen A. Kaczmarski, and John M. Kaczmarski, defendants herein (collectively "Kaczmarski Defendants"), and it appearing that the United States of America is entitled to entry of a judgment against the Kaczmarski Defendants, and good cause existing therefor;

IT IS ORDERED, ADJUDGED, AND DECREED that the United States of America shall have judgment against Maureen A. Kaczmarski, and John M. Kaczmarski as follows:

1. Maureen A. Kaczmarski, and John M. Kaczmarski shall pay to the United States the principal sum of $215,134.39, and fees of $73,190.05, for a total amount of $288,324.44.

2. The United States will record judgment liens with all County Recorders wherein the Kaczmarski Defendants reside or own real property; however, as long as Kaczmarski Defendants make payments as set forth herein, the United States will otherwise take no action to enforce this Judgment.

3. The Kaczmarski Defendants shall pay the Judgment in monthly installments of One Thousand Eight Hundred Dollars ($1,800.00), made payable to the United States Department of Justice, on the fifteenth day of each month commencing on or before August 15, 2014, until the Judgment is paid in full.

4. The Kaczmarski Defendants shall keep the attorneys for the United States informed in writing of any material change in their financial situation or ability to pay, and of any change in their employment, place of residence, or telephone number.

1      5.   The monthly $1,800.00 payment rate will be reevaluated in twelve (12) months and may be modified, as necessary, to take into account the changed economic circumstances of the Kaczmarski Defendants.  For purpose of evaluation and possible modification, the Kaczmarski Defendants shall provide United States with a Financial Statement (Form OBD 500), and a copy of their respective Federal Income Tax returns including all attachments, two (2) months prior to the first anniversary of the Judgment, and at the same time each year thereafter, until the Judgment is satisfied.

       6.   Should the Kaczmarski Defendants become delinquent, after notice to cure and a reasonable opportunity to cure, in making any payment due hereunder, United States shall have the right to enforce the Consent Judgment for the remaining balance then due, after giving credit for any payments made.

       7.   If the Kaczmarski Defendants pay to the United States the sum of $288,324.44, the United States of America will deem the Judgment satisfied, and will provide to Kaczmarski Defendants a Release of Lien(s) Under Abstract of Judgment for recording with the applicable County Recorder(s).

///
///
///
///
///
///
///
///

8.   Each party to this Action shall bear its own costs.

IT IS SO ORDERED.

DATED: __8/29__, 2014

PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

STEPHANIE YONEKURA
Acting United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
ZORAN J. SEGINA
Assistant United States Attorney


/s/ Zoran J. Segina
ZORAN J. SEGINA
Assistant United States Attorney
Attorneys for Plaintiff
United States of America

3